UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LAWRENCE BROWN,

    Petitioner,

v.                                         CASE NO: 8:05-CV-2245-T-30MAP

BOB WHITE, Sheriff
Pasco County, Florida,

    Respondent.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that Petitioner has failed to comply with the provisions of this Court's Order (Dkt. #4) dated December 21, 2005.

It is therefore ORDERED AND ADJUDGED that:

1. This case is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 23, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-2245.dismissal.wpd*